United States District Court
Southern District of Texas
**ENTERED**
February 12, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ISAM Y. GHATTAS AND ISELA HERNANDEZ, *Plaintiffs,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:20-cv-0077 |
| CALIBER HOME LOANS, INC., *Defendant.* | § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated January 25, 2021 (ECF 48) and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

**SIGNED** at Houston, Texas this 12th day of February, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE